UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAFT R. LEWIS,

    Plaintiff,

v.

CITY OF ROMULUS *et al.*,

    Defendants.

_____/

Case No. 14-13146
Hon. Matthew F. Leitman

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF #74) AND (2) DENYING MOTIONS FOR DEFAULT JUDGMENT (ECF ## 61, 62, 63, 64)

On July 14, 2015, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation ("R&R") recommending that the Court deny four motions for default judgment filed by Plaintiff Taft R. Lewis ("Lewis"). (*See* ECF #74.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 3-4, Pg. ID 458-459.)

On August 6, 2015, the Court entered an Order granting Lewis additional time to file objections to the R&R. (*See* ECF #78.) The Court ordered Lewis to file his objections, if any, by no later than August 28, 2015. (*See id.* at 2, Pg. ID 469.) Lewis never filed any objections to the R&R.

The failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991);

*Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's July 14, 2015, Report and Recommendation (ECF #74) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that Lewis's motions for default judgment (ECF ## 61, 62, 63, and 64) are **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2015, by electronic means and/or ordinary mail.

s/Teresa McGovern
in the absence of Holly A. Monda
Case Manager
(313) 234-5113